# United States District Court

Eastern District of California
Robert T. Matsui United States Courthouse
501 "T" Street, Suite 14-230
Sacramento, California 95814
(916) 930-4090

Chambers of
David F. Levi
Chief Judge

August 7, 2006

Honorable Ortrie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2005 Filing – Judge David F. Levi

Dear Judge Smith:

This letter is in response to your letter dated July 24, 2006.

Below is the response regarding the second part of your letter. They are as follows:

1.  The "Wells Fargo IRA" in Part VII, page 17, line 227, was disclosed last year in response to the 2004 Filing follow-up letter to the Honorable Mary M. Lisi dated September 28, 2005.

2.  The investment "Dean Foods Co - Common" in Part VII, page 1, line 15, should have been indicated as "Sold" in column D(1) in stead of "Partial Sale". This investment was completely disposed of in 2004. The "███████ Ranch Partnership, L.P." in Part VII, page 14, Lines 241 and 242 should have been disclosed in the 2005 filing. It should be reported as follows:

| Page | Insert Between Lines | B(1) Income Amount Code | B(2) Income Type | C(1) Value Code 2 | C(2) Value Method 3 |
|------|------|------|------|------|------|
| 16 | 223 & 224 | Blank | None | K | T |
| 16 | 223 & 224 | Blank | None | J | T |

Honorable Ortrie D. Smith
August 7, 2006
Page Two


In Part VII, page 14, lines 247-252, page 15, lines 253-262 and 266-269, page 16, lines 271-273, 275-278, 280, and 282-288, page 17, lines 289, 290, 292, 295, 298-300, 303, 304, and 306, and page 18, lines 307-310 and 313, in the 2004 report, these assets were properly excluded in 2005. The response in Part VIII, page 18 should have referred to these lines as these assets were "transferred to the beneficiary  who is no longer a dependent".

I am enclosing three copies of this response. Thank you.

Sincerely

David F. Levi


Enclosures

COPY

SELF INITIATED AMENDMENT

# United States District Court

Eastern District of California
Robert T. Matsui United States Courthouse
501 "I" Street, Suite 14-230
Sacramento, California 95814
(916) 930-4090

Chambers of
**David F. Levi**
Chief Judge

May 26, 2006

FINANCIAL DISCLOSURE OFFICE

2006 JUN -1 A 11: 07

RECEIVED

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Re: Amendment to 2005 Financial Disclosure Report for David F. Levi

Dear Committee:

Enclosed is an amendment to my Financial Disclosure Report for 2005. The additional inclusion is under Section IV of Reimbursements.

| Source | Description |
|---|---|
| Los Angeles Federal Bar Assoc. | May 4, 2005, Los Angeles, CA Electronic Discovery Seminar (Hotel) ** |

** The normal charge for the room was $159, but the Los Angeles Federal Bar was not actually charged for the room because of its frequent patronage of the hotel.

If you have any questions, please feel free to contact me at (916) 930-4090.

Thank you.

Sincerely,



DAVID F. LEVI
United States District Judge

| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>LEVI, DAVID F | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. COURT HOUSE<br>501 I STREET<br>SACRAMENTO, CALIFORNIA 95814 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | █████ TRUST #1 |
| 2. TRUSTEE | ████ TRUST #6 |
| 3. BENEFICIARY - NANCY | HARRIS IRA |
| 4. BENEFICIARY - DAVID | WELLS FARGO IRA |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 MAY 22 A 10: 41   FINANCIAL DISCLOSURE OFFICE   RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 01/2005 | JAMES PUBLISHING CO., ROYALTY | $ 1,811 |
| 2. 12/2005 | UNIVERSITY OF CHICAGO - ROYALTY | $ 431 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. AMERICAN BAR ASSOCIATION | *(& Hotel)*<br>REIMBURSEMENT FOR TRAVEL, APRIL 19-22, 2005 TO NEW YORK CITY, NY |
| 2. AMERICAN LAW INSTITUTE | *(& Hotel)*<br>REIMBURSEMENT FOR TRAVEL, DECEMBER 7-9, 2005 TO PHILA ELPHIA, PA |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| I. DISTRICT JUDGES ASSOCIATION OF THE 9TH CIRCUIT | WESTERN DECORATIVE ART | $ 348 |
| 2. Judge Teresa Goldner | Hat | $160 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ABBOTT LABS - COMMON | B | Dividend | K | T | | | | | |
| 2. ABN AMRO M.M. (X) | C | Dividend | M | T | BUY | 05/02 | K | | |
| 3. AFFILIATED COMP. SVCS. - COMMON | | None | M | T | | | | | |
| 4. ALLENTON WI SAN DIST I WTRWKS | D | Interest | N | T | SOLD | 04/01 | M | A | |
| 5. APACHE CORP COMMON | A | Dividend | M | T | PARTIAL SALE | 04/15 | K | D | |
| 6. BP AMOCO PLC ADR - COMMON | D | Dividend | N | T | | | | | |
| 7. ALEXANDRIA REAL EST EQUITIES - COMMON | D | Dividend | M | T | | | | | |
| 8. C H ROBINSON WORLDWIDE - COMMON | B | Dividend | N | T | | | | | |
| 9. CAREMARK RX INC. | | None | L | T | | | | | |
| 10. CISCO SYSTEMS INC | | None | L | T | BUY | 09/19 | K | | |
| 11. COCA COLA CO. - COMMON | B | Dividend | L | T | | | | | |
| 12. COSTCO WHSL CORP | A | Dividend | K | T | | | | | |
| 13. CYPRESS BIOSCIENCES (X) | | None | K | T | BUY | 09/19 | K | | |
| 14. CYPRESS BIOSCIENCES (X) | | None | | | BUY | 11/16 | K | | |
| 15. CYPRESS BIOSCIENCES (X) | | None | | | PARTIAL SALE | 12/15 | K | | |
| 16. DE KALB CNTY IL UNIT SCH DIST 424 | | None | N | T | | | | | |
| 17. DELL INC | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DONNELLY & SONS, R.R. | C | Dividend | L | T | | | | | |
| 19. FEDERAL HOME LOAN BANKS CONS BONDS | D | Interest | | | SOLD | 11/29 | M | | |
| 20. FEDERAL HOME LN MTG CORP | D | Interest | M | T | | | | | |
| 21. FIRST DATA CORP COMMON | A | Dividend | | | PARTIAL SALE | 4/12 | L | | |
| 22. FIRST DATA CORP COMMON | | None | | | SOLD | 9/14 | L | | |
| 23. FORTUNE BRANDS INC | B | Dividend | M | T | | | | | |
| 24. ACCO BRANDS CORP (X) (VIA FORTUNE BRANDS MERGER) | | None | | | DISTRIBUTION | 08/09 | J | | |
| 25. ACCO BRANDS CORP (X) | | None | | | PARTIAL SALE | 08/17 | J | A | |
| 26. ACCO BRANDS CORP (X) | | None | | | PARTIAL SALE | 08/25 | J | A | |
| 27. ACCO BRANDS CORP (X) | | None | | | SOLD | 08/26 | J | A | |
| 28. GENERAL DYNAMICS CORP COMMON | B | Dividend | M | T | | | | | |
| 29. GILEAD SCIENCES INC - COMMON | | None | M | T | BUY | 09/19 | K | | |
| 30. GOLDMAN SACHS GROUP | A | Dividend | M | T | | | | | |
| 31. HT INSIGHT FUNDS INC | A | Dividend | | | SOLD | 05/02 | K | | |
| 32. INTEL CORP. - COMMON | A | Dividend | | | SOLD | 09/14 | L | C | |
| 33. INTERNATIONAL BUS. MACH. - COMMON | B | Dividend | M | T | | | | | |
| 34. IOWA TELECOM SRVCS | D | Dividend | M | T | PARTIAL SALE | 12/05 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IOWA TELECOM SRVCS | | None | | | BUY | 07/20 | K | | |
| 36. IOWA TELECOM SRVCS | | None | | | BUY | 11/16 | M | | |
| 37. JOHNSON & JOHNSON COMMON | B | Dividend | L | T | | | | | |
| 38. JPMORGAN CHASE - COMMON (FORMERLY BANK ONE CORP) | C | Dividend | L | T | | | | | |
| 39. KINDER MORGAN LLC | | None | L | T | | | | | |
| 40. KRONOS INC | | None | | | SOLD | 09/14 | L | D | |
| 41. MARATHON OIL CORP - COMMON | C | Dividend | M | T | | | | | |
| 42. MAXIM INTEGRATED PROD | A | Dividend | L | T | | | | | |
| 43. MERCK & CO, INC. | A | Dividend | | | SOLD | 02/22 | L | F | |
| 44. METLIFE, INC. - COMMON | B | Dividend | M | T | | | | | |
| 45. PASADENA CA UNI SCH MUNI BOND (X) | | None | M | T | BUY | 12/05 | M | | |
| 46. PUBLIC STORAGE INC | B | Dividend | K | T | | | | | |
| 47. QUEST DIAGNOSTICS INC | A | Dividend | L | T | | | | | |
| 48. REGIS CORP COMMON | A | Dividend | | | SOLD | 04/21 | L | | |
| 49. SMITH INTERNATIONAL (X) | A | Dividend | K | T | BUY | 07/20 | K | | |
| 50. STERICYCLE INC | | None | L | T | BUY | 04/15 | K | | |
| 51. TYCO INTL LTD COMMON | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UTICA MI CMNTY SCHS MUNI. BOND (X) | D | Interest | N | T | BUY | 04/11 | N | | |
| 53. WACHOVIA PFD FDG CORP | D | Dividend | L | T | | | | | |
| 54. WILLIS GROUP HLDG INC DL | B | Dividend | M | T | SOLD | 04/29 | L | | |
| 55. ZEBRA TECHNOLOGIES (X) | | None | K | T | BUY | 07/20 | K | | |
| 56. ZIONS CAP TR B CAP SECS | C | Dividend | L | T | | | | | |
| 57. AIR PRODUCTS & CHEMICALS INC | A | Dividend | | | SOLD | 04/15 | J | B | |
| 58. AMERICAN INT'L GROUP - COMMON | A | Dividend | K | T | | | | | |
| 59. BOSTON SCIENTIFIC CORP (X) | | None | J | T | BUY | 04/20 | J | | |
| 60. BP AMOCO PLC -ADR (X) | A | Dividend | J | T | BUY | 03/07 | J | | |
| 61. BRISTOL MYERS SQUIBB CO - COMMON | A | Dividend | J | T | | | | | |
| 62. CARNIVAL CORP COMMON | A | Dividend | | | SOLD | 02/25 | J | B | |
| 63. CHEVRON CORP (X) | A | Dividend | J | T | BUY | 01/31 | J | | |
| 64. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 65. CITIGROUP INC - COMMON | A | Dividend | K | T | | | | | |
| 66. DELL INC (X) | | None | J | T | BUY | 12/29 | J | | |
| 67. E M C CORP | | None | J | T | | | | | |
| 68. ELI LILLY & CO - COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. ENERGY SELECT (X) | | None | J | T | BUY | 10/04 | J | | |
| 70. FANNIE MAE COMMON | A | Dividend | K | T | | | | | |
| 71. FIRST DATA CORP COMMON | A | Dividend | K | T | | | | | |
| 72. GENERAL ELECTRIC COMMON | D | Dividend | N | T | | | | | |
| 73. ILLINOIS TOOL WORKS INC -<br>COMMON | A | Dividend | J | T | | | | | |
| 74. INTEL CORP - COMMON | A | Dividend | K | T | | | | | |
| 75. INTERNATIONAL BUS. MACH. -<br>COMMON | A | Dividend | K | T | | | | | |
| 76. JOHNSON & JOHNSON COMMON | A | Dividend | J | T | | | | | |
| 77. JP MORGAN CHASE & CO -<br>COMMON | A | Dividend | K | T | | | | | |
| 78. KEYCORP (X) | A | Dividend | K | T | BUY | 09/23 | J | | |
| 79. KEYCORP (X) | | None | | | BUY | 12/07 | J | | |
| 80. KOHL'S CORP - COMMON | | None | K | T | | | | | |
| 81. LASALLE BANK N.A. | A | Interest | J | T | | | | | |
| 82. MEDTRONIC INC - COMMON | A | Dividend | J | T | | | | | |
| 83. MERCK & COMPANY - COMMON | A | Dividend | | | SOLD | 02/02 | J | | |
| 84. MICROSOFT CORP - COMMON | A | Dividend | K | T | | | | | |
| 85. MOLEX INC. - COMMON | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. OMNICOM GROUP - COMMON | A | Dividend | | | SOLD | 09/28 | J | A | |
| 87. PEPSICO INC - COMMON | A | Dividend | J | T | | | | | |
| 88. PFIZER INC - COMMON | A | Dividend | J | T | | | | | |
| 89. TEVA PHARM IND - ADR (X) | A | Dividend | J | T | BUY | 02/03 | J | | |
| 90. TIFFANY & CO - COMMON | A | Dividend | | | SOLD | 12/06 | K | C | |
| 91. TIME WARNER INC | A | Dividend | J | T | | | | | |
| 92. UNITED TECHNOLOGIES CORP - COMMON | A | Dividend | K | T | | | | | |
| 93. VIACOM INC CLASS B - COMMON | A | Dividend | K | T | | | | | |
| 94. VISHAY INTERTECHNOLOGY | | None | | | SOLD | 12/12 | J | | |
| 95. VODAFONE GROUP PLC UK | A | Dividend | K | T | | | | | |
| 96. WALGREEN CO - COMMON | A | Dividend | J | T | | | | | |
| 97. WELLS FARGO BANK - CHECKING SACRAMENTO | B | Interest | L | T | | | | | |
| 98. WELLS FARGO BANK - MM SACRAMENTO | | None | J | T | | | | | |
| 99. ▬▬ RANCH PARTNERSHIP, L.P. | | None | K | T | | | | | |
| 100. | | | | | | | | | |
| 101. TRUST #1 CONSISTING OF: | | | | | | | | | |
| 102. ABN AMRO M.M. (X) | A | Dividend | L | T | BUY | 04/01 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HT INSIGHT CASH MANAGEMENT | A | Dividend | | | SOLD | 04/01 | K | | |
| 104. COOK CNTY ILL BOND | | None | M | T | | | | | |
| 105. ALBERTO CULVER CO | A | Dividend | | | PARTIAL SALE | 09/01 | J | | |
| 106. ALBERTO CULVER CO | | None | | | PARTIAL SALE | 09/02 | J | | |
| 107. ALBERTO CULVER CO | | None | | | SOLD | 09/06 | K | | |
| 108. BIOMET INC (X) | | None | L | T | BUY | 09/19 | L | | |
| 109. CANADIAN PAC LTD (X) | A | Dividend | M | T | BUY | 04/15 | M | | |
| 110. CISCO SYSTEMS INC | | None | K | T | PARTIAL SALE | 12/16 | K | | |
| 111. CISCO SYSTEMS INC | | None | | | BUY | 11/16 | K | | |
| 112. COSTCO WHSL CORP - COMMON | A | Dividend | K | T | | | | | |
| 113. CUNO INC - COMMON | | None | | | SOLD | 01/03 | L | E | |
| 114. DELL INC | | None | J | T | | | | | |
| 115. DEVON ENERGY CORP | A | Dividend | M | T | PARTIAL SALE | 04/12 | K | D | |
| 116. DEVON ENERGY CORP | | None | | | PARTIAL SALE | 09/14 | L | E | |
| 117. DONNELLY & SONS, R. R. | B | Dividend | K | T | | | | | |
| 118. GENERAL DYNAMICS | A | Dividend | L | T | | | | | |
| 119. GENERAL ELECTRIC CO | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. GOLDMAN SACHS GROUP | A | Dividend | L | T | | | | | |
| 121. IOWA TELECOMM (X) | A | Dividend | K | T | BUY | 07/20 | K | | |
| 122. IOWA TELECOMM (X) | | None | | | BUY | 11/16 | K | | |
| 123. IOWA TELECOMM (X) | | None | | | PARTIAL SALE | 12/05 | K | | |
| 124. IRON MOUNTAIN INC | | None | | | SOLD | 09/14 | K | D | |
| 125. JP MORGAN CHASE | B | Dividend | K | T | | | | | |
| 126. KRONOS INC | | None | | | SOLD | 09/14 | K | C | |
| 127. NORTHERN TRUST CORP | A | Dividend | K | T | | | | | |
| 128. 3M COMPANY | A | Dividend | K | T | | | | | |
| 129. SMITH INTL (X) | | None | K | T | BUY | 09/19 | K | | |
| 130. WILLIS GROUP HLDG LTD | A | Dividend | | | SOLD | 04/29 | K | | |
| 131. WYETH - COMMON | B | Dividend | L | T | | | | | |
| 132. | | | | | | | | | |
| 133. TRUST #6 CONSISTING OF: | | | | | | | | | |
| 134. ABN-AMRO IPMM | A | Dividend | K | T | | | | | |
| 135. AFFILIATED COMP SVCS | | None | J | T | | | | | |
| 136. ALEXANDRIA REALTY | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | T =Cash Market | | |
| | U =Book Value | | S =Assessment | | |
| | | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. APACHE CORP | A | Dividend | K | T | | | | | |
| 138. BIOMET INC (X) | | None | K | T | BUY | 09/19 | K | | |
| 139. CANADIAN PAC LTD (X) | A | Dividend | K | T | BUY | 04/15 | K | | |
| 140. CAREMARK RX INC (X) | | None | J | T | INHERITED | 01/01 | J | | |
| 141. CYPRESS BIOSCIENCES (X) | | None | J | T | BUY | 09/19 | K | | |
| 142. CYPRESS BIOSCIENCES (X) | | None | | | BUY | 11/16 | J | | |
| 143. CYPRESS BIOSCIENCES (X) | | None | | | PARTIAL SALE | 12/15 | J | | |
| 144. C.H. ROBINSON | A | Dividend | K | T | | | | | |
| 145. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 146. COSTCO WHSL CORP (X) | A | Dividend | J | T | | | | | |
| 147. CUNO INC - COMMON | | None | | | SOLD | 01/03 | J | C | |
| 148. DEVON ENERGY CORP (X) | A | Dividend | J | T | INHERITED | 01/01 | J | | |
| 149. DONNELLY & SONS, R.R. | A | Dividend | K | T | | | | | |
| 150. FORTUNE BRANDS INC | A | Dividend | | | SOLD | 09/14 | K | D | |
| 151. ACCO BRANDS CORP (X) (VIA FORTUNE BRANDS MERGER) | | None | | | DISTRIBUTION | 08/09 | J | | |
| 152. ACCO BRANDS CORP (X) (VIA FORTUNE BRANDS MERGER) | | None | | | PARTIAL SALE | 08/25 | J | A | |
| 153. ACCO BRANDS CORP (X) (VIA FORTUNE BRANDS MERGER) | | None | | | SOLD | 08/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. GENERAL DYNAMICS | A | Dividend | J | T | | | | | |
| 155. HANOVER COMPRESSOR (X) | | None | J | T | SETTLEMENT | 11/21 | J | | |
| 156. INTEL CORP - COMMON | A | Dividend | | | PARTIAL SALE | 04/12 | J | D | |
| 157. INTEL CORP - COMMON | | None | | | SOLD | 09/14 | J | C | |
| 158. IBM - COMMON | A | Dividend | K | T | | | | | |
| 159. IRON MOUNTAIN INC - COMMON | | None | | | SOLD | 09/14 | J | C | |
| 160. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 161. JP MORGAN CHASE | A | Dividend | K | T | | | | | |
| 162. KRONOS INC | | None | | | SOLD | 09/14 | K | C | |
| 163. MARATHON OIL GROUP (X) | A | Dividend | J | T | INHERITED | 01/01 | J | | |
| 164. PUBLIC STORAGE INC PFD SER S | A | Dividend | J | T | | | | | |
| 165. ROCKFORD IL SCH DIST 205 MUNI BOND | A | Interest | K | T | INHERITED | 01/01 | K | | |
| 166. STERICYCLE INC (X) | | None | J | T | INHERITED | 01/01 | J | | |
| 167. 3M COMPANY | A | Dividend | K | T | | | | | |
| 168. TYCO INTL LTD | A | Dividend | K | T | | | | | |
| 169. WILLIS GROUP HLDG LTD | A | Dividend | | | SOLD | 04/29 | J | A | |
| 170. ZIONS CPA TR PFD SER B | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2) Q =Appraisal    V =Other    S =Assessment    T =Cash Market
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. ABBOTT LABS - COMMON | A | Dividend | K | T | | | | | |
| 173. ABN AMRO MM (X) | B | Dividend | N | T | BUY | 04/01 | J | | |
| 174. ALBERTO CULVER - COMMON | B | Dividend | | | PARTIAL SALE | 09/01 | K | D | |
| 175. ALBERTO CULVER - COMMON | | None | | | PARTIAL SALE | 09/02 | L | E | |
| 176. ALBERTO CULVER - COMMON | | None | | | SOLD | 09/06 | L | E | |
| 177. APACHE CORP - COMMON | A | Dividend | M | T | PARTIAL SALE | 04/12 | K | D | |
| 178. BP PLC - COMMON (WAS REP AS "BP AMOCO PLC ADR - COMMON") | C | Dividend | L | T | | | | | |
| 179. CANADIAN PAC LTD (X) | A | Dividend | L | T | BUY | 07/20 | L | | |
| 180. COLONIAL CAP TR III GTD PFD SECS | D | Dividend | L | T | | | | | |
| 181. CAREMARK RX INC. | | None | N | T | PARTIAL SALE | 07/15 | K | E | |
| 182. CAREMARK RX INC. | | None | | | PARTIAL SALE | 09/14 | K | E | |
| 183. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 184. COOK CNTY IL BOND | | None | L | T | | | | | |
| 185. COSTCO WHSL. CORP. COMMON | B | Dividend | M | T | | | | | |
| 186. CUNO INC - COMMON | | None | | | SOLD | 01/03 | M | E | |
| 187. CVS CORP - COMMON | B | Dividend | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. DELL INC | | None | K | T | | | | | |
| 189. DEVON ENERGY CORP | A | Dividend | M | T | | | | | |
| 190. DONNELLY & SONS, R.R. | B | Dividend | L | T | | | | | |
| 191. FORTUNE BRANDS INC | B | Dividend | L | T | | | | | |
| 192. ACCO BRANDS CORP (X) (VIA FORTUNE BRANDS MERGER) | | None | | | DISTRIBUTION | 08/09 | J | | |
| 193. ACCO BRANDS CORP (X) (VIA FORTUNE BRANDS MERGER) | | None | | | PARTIAL SALE | 08/25 | J | A | |
| 194. ACCO BRANDS CORP (X) (VIA FORTUNE BRANDS MERGER) | | None | | | SOLD | 08/25 | J | A | |
| 195. FRESNO CA UNI SCH DIST BONDS SER G | C | Interest | M | T | | | | | |
| 196. GENERAL ELECTRIC CO - COMMON | D | Dividend | M | T | | | | | |
| 197. GUITAR CENTER INC (X) | | None | | | BUY | 09/19 | M | | |
| 198. GUITAR CENTER INC (X) | | None | | | SOLD | 11/11 | M | | |
| 199. HANOVER COMPRESSOR CO CONVERTIBLE BONDS | D | Interest | M | T | | | | | |
| 200. HT INSIGHT FUNDS TFMM | A | Dividend | | | SOLD | 04/01 | J | | |
| 201. INTEL CORP | A | Dividend | | | SOLD | 04/12 | J | | |
| 202. IRON MOUNTAIN INC | | None | | | SOLD | 08/01 | L | E | |
| 203. JOHNSON & JOHNSON - COMMON | A | Dividend | K | T | | | | | |
| 204. JP MORGAN CHASE | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. KINDER MORGAN LLC | A | Dividend | L | T | | | | | |
| 206. MARATHON OIL GROUP | B | Dividend | L | T | | | | | |
| 207. METLIFE, INC. - COMMON | B | Dividend | L | T | | | | | |
| 208. NORTHERN TRUST CORP | C | Dividend | M | T | PARTIAL SALE | 09/14 | K | E | |
| 209. PROCTER GAMBLE (X) | A | Dividend | M | T | BUY | 09/19 | M | | |
| 210. PUBLIC STORAGE INC PFD | D | Dividend | L | T | | | | | |
| 211. QUEST DIAGNOSTICS INC | A | Dividend | M | T | | | | | |
| 212. REGIS CORP. MINN. - COMMON | A | Dividend | | | SOLD | 04/21 | M | E | |
| 213. SEATTLE WASH ZERO COUP MUNI BOND | E | Dividend | | | REDEMPTION | 12/15 | M | | |
| 214. SMITH INTERNATIONAL (X) | A | Dividend | M | T | BUY | 04/15 | M | | |
| 215. STERICYCLE INC. | | None | M | T | PARTIAL SALE | 09/14 | K | D | |
| 216. TYCO INTL LTD (X) | A | Dividend | K | T | BUY | 07/20 | K | | |
| 217. WEST VIRGINA ST MUNI BOND | D | Interest | N | T | | | | | |
| 218. WILLIS GROUP HLDGS | A | Dividend | | | SOLD | 04/29 | K | | |
| 219. WYETH | B | Dividend | L | T | | | | | |
| 220. ZEBRA TECHNOLOGIES | | None | M | T | PARTIAL SALE | 09/14 | K | E | |
| 221. ZIONS CAP TR PFD | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. WELLS FARGO CHECKING | B | Interest | L | T | | | | | |
| 223. WELLS FARGO INDEXED SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 224. | | | | | | | | | |
| 225. HARRIS IRA | A | Interest | J | T | | | | | |
| 226. | | | | | | | | | |
| 227. WELLS FARGO IRA | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

POSITIONS LISTED IN PART I OF THE 2004 REPORT, LINE 2 IS NOT BEING REPORTED IN 2005 AND ALL SUBSEQUENT YEARS DUE TO THE FACT THAT THE TRUST #3 WAS REPLACED WITH TRUST #7.

POSITIONS LISTED IN PART I OF THE 2004 REPORT, LINE 4 IS NOT BEING REPORTED IN 2005 AND ALL SUBSEQUENT YEARS DUE TO THE FACT THAT THE TRUST #7 WAS DISSOLVED AND TRANSFERRED TO THE ███████████ WHO IS NO LONGER A DEPENDENT.

ASSETS LISTED IN PART VII OF THE 2004 REPORT, LINE 315-329 ARE NOT BEING REPORTED IN 2005 AND ALL SUBSEQUENT YEARS DUE TO THE FACT THAT THE TRUST #3 WAS REPLACED WITH TRUST #7.

ASSETS LISTED IN PART VII OF THE 2004 REPORT, LINE 331-365 IS NOT BEING REPORTED IN 2005 AND ALL SUBSEQUENT YEARS DUE TO THE FACT THAT THE TRUST #7 WAS DISSOLVED AND TRANSFERRED TO THE ███████████ WHO IS NO LONGER A DEPENDENT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____                     Date  5/18/2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544